EDMOND H. HENDRICKSON et al., Respondents, *v.* COUNTY OF WESTCHESTER et al., Appellants.

Argued January 15, 1940; decided March 5, 1940.

*William A. Davidson, County Attorney (John Lord O'Brian, Thomas M. Smith, Francis J. Morgan, Frank J. Claydon* and *William I. Morey* of counsel), for appellants.

*J. Francis Hayden, Leo T. Kissam* and *Philip D. Straffin* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative on the authority of *People* v. *County of Westchester* (282 N. Y. 224). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, SEARS and CONWAY, JJ. Dissenting: FINCH, RIPPEY and LEWIS, JJ.